AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**DAVID RUCKMAN,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**SHERIFF THOMAS C. JENKINS, et al.,**

**CASE NO.  2:13-CV-814**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

\_\_\_\_  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed August 28, 2014, JUDGMENT is hereby entered dismissing this case.**

Date:  August 28, 2014

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
 (By) Andy F. Quisumbing
 Courtroom Deputy Clerk